IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC ODOM
ADC #150492                                                              PLAINTIFF

v.                          No. 4:19-cv-294-DPM

LUCAS EMBERTON, Sheriff, Van
Buren County; MIKE SHAMOON,
Jail Administration, Van Buren County
Jail; and VAN BUREN COUNTY JAIL                                          DEFENDANTS

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Odom's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019