# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ERIC ODOM
ADC #150492                                                   PLAINTIFF

v.                    No. 4:19-cv-294-DPM

LUCAS EMBERTON, Sheriff, Van
Buren County;  MIKE SHAMOON,
Jail Administration, Van Buren County
Jail;  and VAN BUREN COUNTY JAIL                              DEFENDANTS

## JUDGMENT

Odom's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019